UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-35428 |
|---|---|
| Timothy Dwight Moore | (Chapter 13) |
| Cynthia K Moore | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050280**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 16 | SPIRIT OF AMERICA NATL BANK<br>FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 13.66 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/2/2010

Certificate of Service        09-35428

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Timothy Dwight Moore
Cynthia K Moore
3691 Mohawk Drive
Greenville, OH  45331

RANDALL E BREADEN
414 WALNUT ST
GREENVILLE, OH  45331

(45.1n)
AES/PHEAA
BOX 8147
HARRISBURG, PA  17105

(44.1n)
CAPITAL ONE AUTO FINANCE
BOX 829009
DALLAS, TX  75382

(43.1n)
ERIN A JOCHIM
LERNER, SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(16.4)
Fashion Bug
c/o Spirit of America National Bank
P.O. Box 869
Milford, OH  45150

(46.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(16.1)
SPIRIT OF AMERICA NATL BANK
FIRST EXPRESS
BOX 856021
LOUISVILLE, KY  40285

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner        sv